# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:  Miguel A. Mercado | ) | Chapter 13 |
| | ) | Case No. 15 B 41317 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Miguel A. Mercado  
133 E. Dennis Road  
Wheeling, IL 60090

Debtor Attorney: David M Siegel  
via Clerk's ECF noticing procedures

On November 21, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, November 12, 2019.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

---

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On December 07, 2015, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on June 30, 2016, for a term of 36 months with payments of $120.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 47 | $5,790.00 | $5,435.00 | $355.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 11/12/2019  
Due Each Month: $120.00  
Next Pymt Due: 12/06/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 10/03/2016 | 9493608102 | $360.00 | 01/20/2017 | 9467504281 | $320.00 |
| 03/13/2017 | 9467504338 | $320.00 | 08/21/2017 | 120867 | $500.00 |
| 12/18/2017 | 182036 | $400.00 | 03/12/2018 | 311466 | $200.00 |
| 03/12/2018 | 311467 | $200.00 | 05/02/2018 | 9046507564 | $300.00 |
| 06/07/2018 | 4977474000 | $500.00 | 12/11/2018 | 5461056000 | $700.00 |
| 02/04/2019 | 5591594000 | $240.00 | 03/18/2019 | 5708104000 | $120.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL 60604  
(312)431-1300

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE